JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

VIKTOR, RUSSU, an Individual

                Petitioner,

    vs.

PAMELA BONDI, ATTORNEY GENERAL OF THE UNITED STATES; KRISTI NOEM, SECRETARY OF THE UNITED STATE DEPARTMENT OF HOMELAND SECURITY, TODD LYONS, ACTING DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT; SEMAIA FERETI, IMMEDIATE CUSTODIAN FOR IMMIGRATION AND CUSTOMS ENFORCEMENT AT THE ADELANTO DETENTION CENTER

                Respondents.

Case No.: 5:25-cv-03327-RGK-MAR

**ORDER ON JOINT STIPULATION TO DISMISS HABEAS CORPUS PETITION WITHOUT PREJUDICE**

- 1 -
ORDER

ORDER OF DISMISSAL

Pursuant to the Stipulation of the parties under FRCP 41(a)(1)(A)(ii), it is hereby ordered that this action be, and is hereby DISMISSED WITHOUT PREJUDICE with respect to all Parties named herein, as to all claims and causes of action with each party bearing that party's own attorneys' fees and costs.  The Clerk of the Court is directed to close the file.

IT IS SO ORDERED.

Dated:  3/19/26

_____

HONORABLE MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE

- 2 -
ORDER